DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LENORE THUR BOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-03-0269 DFL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING SUPERVISED RELEASE PETITION** |
| LENORE THUR BOND, | |
| Defendant. | Date: February 16, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Lenore Thur, that the Petition for Warrant or Summons for Offender Under Supervision approved by the Court on December 13, 2005, may be dismissed and the initial appearance scheduled for February 16, 2006, may be vacated.

The petition alleges that Ms. Thur, after receiving an insurance settlement, loaned some of the money to her boyfriend without obtaining advance approval of the court to make the loan. The petition noted that Ms. Thur had paid $2,600 towards a restitution obligation of $22,710.44.

1     Both before and after the petition was filed, Ms. Thur recovered
2 much of the money she loaned to her boyfriend and paid it towards
3 restitution, having been asked to do so by her probation officer. On
4 January 26, 2006, the supervising officer in Sacramento telephoned the
5 parties to suggest that they stipulate to dismiss the petition. Ms. Thur
6 has paid at least $5,600 towards the restitution, an average of nearly
7 $500 per month. The probation office reports that it is satisfied with
8 Ms. Thur's substantial progress under supervision and that supervision,
9 which was scheduled to expire on January 5, 2006, may be allowed to
10 terminate.

11     Ms. Thur was sentenced to the maximum supervised release term of 12
12 months. Defense counsel has advised her that she remains obligated to
13 pay restitution jointly and severally with her co-defendant, William
14 Bond.

15     Accordingly, the parties agree that the petition should be dismissed
16 and the appearance scheduled for February 16, 2006, should be vacated.

                                   Respectfully submitted,

                                   DENNIS S. WAKS
                                   Acting Federal Defender

Dated: February 2, 2006        /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for LENORE THUR BOND


                                   McGREGOR SCOTT
                                   United States Attorney

Dated:  February 2, 2006       /s/ R. Taylor
                                   ROBIN TAYLOR
                                   Assistant U.S. Attorney

27 /////
28 /////

**O R D E R**

The Petition for Warrant or Summons approved December 13, 2005, is dismissed, and the initial appearance scheduled for February 16, 2006, is vacated.

IT IS SO ORDERED.

Dated:  February 6, 2006

_____
DAVID F. LEVI
United States District Judge